## BALTIMORE CITY COURT.

Filed June 4, 1921.

IN THE MATTER OF THE APPEAL OF THE MELVALE DISTILLERY COMPANY FROM THE STATE TAX COMMISSION.

*Edward M. Hammond* for Melvale Distillery Company.

*J. Purdon Wright*, Assistant Attorney General, for the State Tax Commission.

DAWKINS, J.—

For the reasons given in an opinion filed this day in this court in the matter of the appeal of the Stewart Distilling Company from the State Tax Commission of Maryland, the finding of the Commission in this case is reversed.